UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re   5200 ENTERPRISES LIMITED
*Debtor*                                          Case No. 3:18-bk—01646-JAF

Chapter 11 of the U.S. Code

5200 ENTERPRISES LIMITED
*Plaintiff*

MTAG
*Defendant*

CITY OF NEW YORK                          Adv. Proc. No.
*Defendant*
_____/

## EXHIBIT INDEX

| Exhibit A | CONY intent to lease the Subject Property, dated January 13, 1987 |
|---|---|
| Exhibit B | Letter from CONY Industrial Hygienist to CONY, dated February 5, 1988 |
| Exhibit C | Letter from CONY DEP to CONY, dated February 24, 1988 |
| Exhibit D | Letter from CONY inspector to SONY, dated April 14, 1988 |
| Exhibit E | Registry of Inactive Hazardous Waste Disposal Sites, dated February 28, 1989 |
| Exhibit F | Letter from SONY to CONY, dated March 7, 1991 |
| Exhibit G | Letter from CONY to SONY, dated August 14, 1991 |
| Exhibit H | Letter from SONY to CONY, dated December 26, 1996 |
| Exhibit I | Letter from SONY to CONY, dated October 15, 2014 |
| Exhibit J | Real Property Income and Expense, dated 2016 |
| Exhibit K | Message from CONY assessment to 5200, dated May 2, 2016 |

| | |
|---|---|
| Exhibit L | Letter from 5200 to Brooklyn Business Center, dated May 1, 2017 |
| Exhibit M | Letter from SONY to CONY, dated December 4, 2017 |
| Exhibit N | Message from 5200 to CONY, dated March 12, 2018 |
| Exhibit O | Message from CONY to 5200, dated May 2, 2018 |
| Exhibit P | Message from 5200 to CONY, dated June 7, 2018 |
| Exhibit Q | Property Evaluation, dated March 18, 2007 |
| Exhibit R | Communications between SONY, CONY, and CONY, dated 2015 |
| Exhibit S | Communications between CONY and CONY, dated April 2018 |
| Exhibit T | Communications between CONY and MTAG, dated November 2017 |