

DEPARTMENT OF GENERAL SERVICES

DIVISION OF PUBLIC STRUCTURES

The City of New York

HADLEY W. GOLD
*Commissioner*

ALAN P. SCHOOR
*Executive Director/First Assistant Commissioner*

BUREAUS OF LEASING AND DESIGN
2 LAFAYETTE STREET, SUITE 600
NEW YORK, N.Y. 10007

PAUL L. SMOLEN
*Assistant Commissioner*

*S.W. CORNER OF FOLLEY SP.*

January 13, 1987

**EXHIBIT A**

Mr. John Luhrs
Bush Plaza Realty
and Development Corp.
One Bush Plaza
Brooklyn, NY  11232

Re:  Department of Personnel
5200 1st Avenue
Borough of Brooklyn
Project No. 87-232

Dear Mr. Luhrs:

Pursuant to our conversations, the City of New York is interested in entering into a License Agreement and Option to Lease for the aforementioned property for use by the Department of Personnel, or for such other use as the Commissioner of General Services may determine, upon the following terms and conditions:

SPACE:  Entire ground, first and second mezzanine floors.

SIZE:  35,440 square feet

RENT (License):  221,500.00 per annum ($6.25 per square foot)
(Lease):  $203,780.00 per annum ($5.75 per square foot)

LEASE TERM:  Five (5) years

RENT COMMENCEMENT:  Rent shall commence upon substantial completion of all alterations and improvements and subsequent occupancy by Tenant. *GET UNDERSTANDING ON ROOF - & UTILITY delays*

R.E. TAXES (License):  Licensor to pay all real estate taxes, assessments, water rates and sewer rents.

(Lease):  Landlord to pay all real estate taxes, assessments, water rates and sewer rents. Tenant to pay 100% of increases in real estate taxes above the base fiscal year 1988/89. *Proble analysis B of aut cut.*

OPERATING EXPENSES
(LEASE):  Tenant to pay increases in direct operating expenses (to be defined in the lease) above the lease calendar year 1988. *All operating expenses*

*where's lien & donation toward improvements*

Department of Personnel
Page 2

5200 1st Avenue
January 13, 1988

ALTERATIONS AND
IMPROVEMENTS: Licensor shall make alterations and improvements to the
premises in accordance with plans prepared by the
Licensor predicated on specifications prepared by the
Bureaus of Leasing and Space Design and approved by the
Department of Personnel.

*[handwritten: only to such approal to.]*

Licensor shall at its own cost and expense replace and
repair as necessary the damaged roof and truss system
prior to occupancy by the Licensee.

LANDLORD SERVICES: Landlord shall, at its sole cost and expense, provide
ventilation and cold water during normal business hours
8:30 a.m. to 6:00 p.m. on Monday through Saturday
inclusive, holidays excepted. Landlord shall provide
cleaning and rubbish removal in accordance with the
attached cleaning schedule which shall be made part of
the Lease.

*[handwritten: Not possible within all practicality]*
*[handwritten: at a $]*

REPAIRS: Landlord to make interior, exterior and structural
repairs, including but not limited to repairs to the
roof, sidewalks, plumbing, heating and ventilation
systems.

ELECTRICITY: Tenant to pay for its electricity direct to the public
utility.

*[handwritten: Also HEAT (GAS)]*

The standard City of New York Lease shall include the following terms:

1. Rent shall be payable at the end of each month. *[handwritten: en less]*

2. Tenant has the right to terminate lease upon ninety (90) day
prior written notice to Landlord at any time after two (2) years.

*[handwritten: No - only if Landlord has same right]*

3. Tenant has the right of self—help, i.e. if Landlord should fail
to provide agreed upon alterations and improvements, services or
repairs as specified in the lease, Tenant (i) may, as agent for
Landlord, do any of said alterations and improvements, services
or repairs and deduct the cost thereof from any rent due or that
may become due and payable under the lease or (ii) may terminate
the lease or (iii) may withhold all rent due and owing to
Landlord until Landlord performs such alterations and
improvements, services or repairs to the satisfaction of Tenant.

*[handwritten: No]*

4. Landlord agrees that if an inspection of the premises by OSHA
reveals the presence of asbestos, Landlord shall, at its sole
cost and expense, remove such asbestos in accordance with
procedures acceptable to the City of New York.

*[handwritten: ✓]*

Please be advised that this offer could be altered or withdrawn at
anytime and is subject to approval by the Board of Estimate and
Corporation Counsel of the City of New York.

Department of Personnel                                    5200 1st Avenue
Page 3                                                    January 13, 1988


A copy of the City's cleaning specification is enclosed for your review.  The
cleaning specification will be attached to the Agreement.

                                        Very truly yours

                                        Michele Freeman
                                        Lease Negotiator
                                        Bureau of Leasing


MF:js


c:   Project File #87-232

CLEANING SCHEDULE

1.  General

  * All flooring swept nightly.  Damp mop all uncarpeted areas weekly.
    Machine buff all uncarpeted areas bi-weekly.

  * All carpeted areas and rugs carpet-swept nightly, vacuum cleaned
    weekly, spot cleaned as required and shampooed annually.

  * Drapes, blinds and ceiling defusers vacuumed every three months.

  * All private stairways swept nightly.

  * Wastepaper baskets, ashtrays, receptacles, etc., emptied and cleaned
    nightly and damp dusted when necessary.

  * Cigarette urns cleaned nightly and sand or water replaced when
    necessary.

  * All furniture, fixtures and window sills dusted and wiped clean
    nightly.

  * All glass furniture tops cleaned nightly.

  * All water fountains wiped clean nightly.

  * Slopsink rooms cleaned nightly.

  * Remove waste paper and waste materials to a designated area or areas,
    and removal of same by rubbish contractor nightly.

2.  Lavatories

  * All flooring swept and washed daily.

  * All mirrors, powder shelves, bright work, etc., including
    flushometers, piping and toilet seat hinges washed daily.

  * All basins, bowls, urinals and toilet seats (both sides) washed daily.

  * All partitions, tile walls, dispensers and receptacles dusted daily.

  * Paper towel and sanitary disposal receptacles emptied and cleaned
    daily.

  * Supply material for and fill toilet paper, towel, soap and sanitary
    napkin dispensers (in ladies' restrooms) and keep filled throughout
    the day.  Money obtained from sanitary napkin machines to be retained
    by vendor.

  * Strip and refinish tile floors every three months.

- 2 -

3. <u>High Dusting - Office Area</u>

   * Do all high dusting quarterly, including the following:

   * Dust all pictures, frames, charts, graphs and panel wall hangings not reached in nightly cleaning.

   * Dust all vertical surfaces such as ventilating louvres and other surfaces not reached in nightly cleaning.

   * Dust all lighting fixtures (exterior only) periodically when lamps are replaced.

   * Dust all venetian blinds and window frames.

4. <u>Windows</u>

   * Clean all windows inside and outside twice annually, in June and October.

5. <u>Pest Control</u>

   * Render pest control services when required.

6. <u>Public Areas</u>

   * Landlord agrees to keep entranceways, lobbies and all other public areas properly maintained, clean and presentable at all times, commensurate with first-class office buildings.

OFFICE OF OPERATIONS

CITYWIDE OCCUPATIONAL SAFETY
AND HEALTH PROGRAMS

11 Park Place, Suite 202
New York, New York 10007

STANLEY BREZENOFF
First Deputy Mayor

BARBARA GUNN
Director



February 5, 1988

$06 459$

Ms. Nancy Devine
Asbestos Coordinator
Bureau of Space Management and Leasing
Department of General Services
2 Lafayette Street – Suite 600
New York, N.Y. 10007

Dear Nancy:

On January 14, 1988, I conducted an asbestos survey at 5200 First Avenue in Brooklyn. This facility was vacant and visibly clean with no asbestos containing material found.

While I am aware that the purpose of our surveys is to locate and characterize asbestos containing materials, during the asbestos inspection I learned that this facility was previously used as a repair shop for transformers and electrical devices and that it was once contaminated with Polychlorinated Biphenyls (PCBs) but has been cleaned by a private contractor. The real estate agency provided me with a copy of the decontamination and testing report. According to the results, area wipe sample analyses after decontamination were in the range of 5.7 to 83.7 micrograms of PCBs per 100 square centimeters of floor surface area.

According to the EPA "Polychlorinated Biphenyls Spill Clean up Policy; Final Rule" published on April 2, 1987, residual PCBs on indoor solid surfaces should be decontaminated to 10 micrograms per 100 centimeter square of indoor solid surface area.

Although the EPA policy does not directly apply to spills which occurred before May 4, 1987, EPA should be consulted as to whether or not these levels are acceptable and in accordance with present regulations. The EPA contact person is Mr. Daniel Kraft at (201) 321-6669.

Dan Kraft

For further questions regarding this matter, please feel free
to contact this office.

Sincerely,

Sergio Wong
Industrial Hygienist

SW/rn
enclosure
ccs: Diane Trainor
     Bob Banks
     Aldo Orlando
     Laurie Van Vynck

NEW YORK CITY
DEPARTMENT OF ENVIRONMENTAL PROTECTION
BUREAU OF HAZARDOUS MATERIALS PROGRAMS

TO:      Mira Barer

FROM:    Ted R. Nabavi

DATE:    February 24, 1988

SUBJ:    Possible PCB Contamination
         5200 1st Avenue Brooklyn
         SRR# 880217/7/0080



EXHIBIT

C

As per your request, I have reviewed the City OSHP
inspection report on the above DGS building, and the related
attachments.  My comments on these are as follows:

- This building was at one time occupied by Empire Electric
  Co. Inc.  However, the building is currently vacant and is
  awaiting occupancy.  This transaction is being handled by
  DGS/Bureau of Space Management & Leasing.

- Empire Electric used this facility as a warehouse and
  for recondition electrical apparatus and equipment.

- Empire Electric retained a consultant firm (ENSI,INC.)
  to perform an assessment of this facility prior to
  vacancy.

- The ENSI, Inc. report indicated that extensive PCB
  contaminaiton existed throughout the building.  In
  addition, remedial steps were identified and undertaken to
  reduce the PCB contamination present.

- However, the final sampling results still show that PCB
  contamination may possibly exist.  Specifically, a sample
  of concrete was tested for PCBs and found to be 28.0 ppm
  PCB.  Also wipe samples of surface shows PCB contamination
  ranging from 5.7 ug/100 sq. cm. to 8,000 ug/sq. cm.

- In addition, given the size of the facility the number of
  samples taken and analyzed were inadequate for a complete
  assessment and evaluation of PCB contamination present.

Conclusion & Recommendation :

Based upon my evaluation of the document presented, the following remedial steps, must be taken prior to any occupancy:

- DHMP must conduct a site inspection.

- A consultant must be retained to furthur assess the site and determine the extent of PCB contamination present.

Note : According to the 40 CFR Part 761 PCB spill cleanup Policy: "Indoor surface areas must be decontaminated to 10Ug/100 sq. cm.  Although this policy does not apply to spills which occurred prior to May 4,1987, EPA requests they be consulted as to appropriate levels to be achieved for these spills.

cc:  J. Alexander
     C. Cox
     N. Devine (DGS)
     B. Banks (City OSHP)

TN/ws



CITY OF NEW YORK
DEPARTMENT OF ENVIRONMENTAL PROTECTION
2358 MUNICIPAL BUILDING, NEW YORK, N.Y. 10007                  (212) 669-8200

HARVEY W. SCHULTZ
Commissioner

April 14, 1988

Ms. Carol  Ash
Regional Director
NYS Department of Environmental
Conservation, Region II
47-40 21st Street, Room 210
Long Island City, NY 11101



**EXHIBIT**

**D**

RE: PCB Contamination
5200 1st Avenue
Brooklyn, NY

Dear Ms. Ash:

The New York City Department of Environmental Protection
(DEP), is referring a site located at 5200 1st Avenue, Brooklyn,
to your attention, for any action you may deem appropriate.

The site includes a building that is currently vacant.   The
building is privately owned and was previously occupied by the
Empire Electric Co. Inc.  The building was brought to our
attention because the NYC Department of General Services was
interested in leasing it.

Data collected by a private consultant on behalf of Empire
Electric show us evidence of PCB contamination.  Attached for
your review are documents related to the PCB contamination
present at this site.

If you have any questions regarding this letter, please
feel free to call me at (212) 669-7698.

Sincerely,

Mira Barer
Deputy Commissioner

cc:  N. Sullivan
     A. Schoor
     J. Alexander
     C. Cox
     T. Nabavi
     T. McDonald


enc.


MB/ws

REEL3159PG1791

NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION
DIVISION OF HAZARDOUS WASTE REMEDIATION

REGISTRY OF INACTIVE HAZARDOUS WASTE DISPOSAL SITES

REGISTRY SITE OWNERS INFORMATION

Registry Site Name: Empire Electric Co.

Registry Site Number: 224015

Registry Site Street Address:

5200 1st Ave.

Registry Site City: New York

Registry Site County: Kings

Parcel District      3
         Block       803
         Lot         9

Owner Name:       5200 Enterprises Ltd.

Owner Address:    C/O Goldman Copeland
                  11 West 19th St.
                  New York, NY 10011

Parcel
Address           5200 1st Ave.

Previous
Owner

Registry Page Numbers - 1993

2-13    2-14





LOC. VER.
BY ADDRESS

60724

NO CHARGE



COUNTY

REGISTER

93 NOV 19 AM 9:56

SF

New York State Department    Environmental Conservati
      Division of Environmental Enforcement
        202 Mamaroneck Avenue - Room 304
         White Plains, N.Y.   10601-5381
             Telephone: (914) 761-3575



                                              Thomas C. Jorling
                                                  Commissioner
                      CERTIFIED MAIL/RRR

                 March 7, 1991



EXHIBIT

F

Mr. Philip Damashek
Deputy General Counsel of
Dept. of General Services
Div. of Real Property
City of New York
2 Lafayette Street - 20th Flr.
New York, New York 10007

                    Re:  Empire Electric Company
                         Site # 2-24-015

Dear Mr Damashek:

     New York State, through the efforts of the Department of
Environmental Conservation ("DEC") has documented a release and/or
threatened release of "hazardous substances" as defined by the
Comprehensive Environmental Response; Compensation and Liability
act, 42 USC § 9601 et seq. ("CERCLA") at property known as Empire
Electric Company (the "Site") in Brooklyn, County of Kings, State
of New York [CERCLA was amended by the Superfund Amendments and
Reauthorization Act of 1986 ("SARA").]   The law, as amended, is
hereinafter referred to as "CERCLA".

     Therefore, in accordance with CERCLA, 42 U.S.C. § 9612 and ECL
Article 27, Title 13, the State of New York hereby asserts a CERCLA
claim against you based upon information that indicates you may be
a responsible party as a current or past owner or operator of the
site.

     Responsible parties under CERCLA and ECL Article 27, Title 13
include current and past owners or operators, and persons who
generated the substances or were involved in transport, treatment,
or disposal of them.  Under CERCLA, responsible parties are jointly
and severally liable for money expended by the State for necessary
corrective action at the site; including but not limited to,
emergency   measures,   investigation,   planning,   cleanup   and
enforcement.

     The State will take any appropriate measures to conduct a
remedial investigation/feasibility study at the Site, for the
purpose of fully assessing the extent of contamination at the Site,
and evaluating the feasibility of alternative remedial programs.
The State intends to insure that the contamination is properly
remediated.  **However**, this letter is sent to afford you and other

2

potentially responsible persons (PRPs) the opportunity
to undertake remediation.  Therefore, the State requests that you,
alone or in concert with other PRPs, commit to the following:

**<u>Under Consent Order or Decree</u>**

1.   Design an appropriate remedial program.

2.   Perform all necessary remedial work at the site to adequately
     prevent the further migration of contaminants, and cleanup to
     acceptable levels all contaminants that have been released
     from the site.

3.   Reimburse the State for all damages to natural resources
     caused by such contamination.

4.   Reimburse the State or the Environmental Protection Agency for
     its response, removal and remediation costs.

     This site is being considered for treatment as a New York
State Superfund site, in which event, if you donot satisfy this
claim within 60 days of the date of this letter, the State will
undertake remediation of the site.

     Furthermore, the State will institute appropriate legal action
to recover its past and future response, removal and remediation
costs as well as damages for harm to natural resources.

     Please direct your reply in writing to me within 10 days of
receipt of this letter.

                         Very truly yours,




                         Rosalie K. Rusinko
                         Senior Attorney


RKR-60-dayEm.pir

cc:  A. McCarthy
     Anthony Dillof, Esq.



**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, N. Y. 10007

**327A**
VICTOR A. KOVNER
*Corporation Counsel*



**EXHIBIT**

**G**

August 14, 1991

Rosalie K. Rusinko
Senior Attorney, Division of Environmental Enforcement
New York State Department of Environmental Conservation
202 Marmaroneck Avenue - Rm. 304
White Plains, New York 10601-5381

    Re:  Empire Electric Co.
         Site # 2-24-015

Dear Rosalie:

        I write in response to your letter of March 7, 1991 concerning the Empire Electric Site. In that letter you identified the City as a possible PRP. In a subsequent conversation you requested that the City provide DEC with a statement concerning its involvement with the site and the circumstances of its alleged contamination, insofar as the City possessed such information.

        I have requested the City's Division of Real Property to conduct an inquiry into the site's history. The results of that inquiry is attached. As the attachment sets forth more fully, the City owed the site only from 1940 through 1951. Our records fail to indicate that any contamination of the property occurred during this period. Accordingly, the City denies any liability based on the alleged contamination of the site and has no interest in funding any portion of any remediation of the site.

        Please contact me if I may be of any further assistance.

                    Sincerely yours,

                    ANTHONY M. DILLOF
                    Assistant Corporation Counsel
                    Environmental Law Division

Encl.

cc: Phil Damashek



## Empire Electric    Site Identification and History

Identification. -- According to DEC, the allegedly contaminated site consists of one solid masonry brick building 100' wide by 240' long, having a street address of 5200 First Avenue, Brooklyn, New York. Supervisor Salvatore Ervalino of DEC Region 2 informed the Division of Real Property that this masonry building is specifically located at the southwest corner of 52nd Street and First Avenue. This location is Lot 9 of Block 803, hereinafter referred to as the "DEC site." Attached is a tax map indicating the location.

History. -- The first record the City has of a conveyance of the DEC site is December 15, 1890. On that date, Eliphalet W. Bliss and his wife conveyed a parcel of land containing the DEC site to the Brooklyn city Railroad Company.

The City's records indicate no further conveyances occurred until May 29, 1940. On that date, the City acquired part of the original 1890 parcel, including the DEC site, from the Brooklyn and Queens Transit Corporation ("BQT Corp."). The conveyance of this property, which contained the DEC site, to New York City was part of a larger conveyance of 97 parcels throughout Brooklyn and Queens. The conveyance was pursuant to a Plan and Agreement of Unification and Readjustment (known as the BMT-BQT Unification Plan) adopted by the Transit Commission-Metropolitan Division of the Department of Public Service of the State of New York on June 27, 1939. The specific parcel

referred to in the 1940 deed which contains the DEC site is Parcel No. 8.

On September 5, 1951, the City transferred Parcel No. 8 of the 1940 deed to Hastone Realty Corp. The property description in this deed outlines the dimensions of present day tax lots 9 and 6 in the Block 803. Again, Lot 9 contains the site in question.

Hastone Realty then split this parcel, reselling present day tax lot 9 to Ben Hasnas on September 5, 1951.

On February 22, 1956, Ben Hasnas sold lot 9 to Morris Hasnas, Irving Hasnas and Benjamin Hasnas, D/B/A the Hasnas Company.

On August 22, 1983, Morris Hasnas, Irving Hasnas and Benjamin Hasnas D/B/A The Hasnas Co. sold lot 9 to Morris Hasnas, Irving Hasnas and 5200 First Avenue Corporation, D/B/A The Hasnas Company.

There were than a series of conveyances and correction deeds among the Hasnases in the 1980s. At no time, however, did "Empire Electric Company" appear on any of the deeds to this property.

According to our records and research, the City never reacquired the property after the 1951 conveyance, and held title to the property only during the 1940-1951 time period. We have been unable to locate any records indicating what entity, if any, occupied the site or what business was conducted on it during the City's eleven-year ownership. We also have no knowledge of the

-2-

relationship between the original Brooklyn Company, its successors, or BQT Corp. and the City of New York.    The City's records make no mention of any contamination occurring at any time.





SF

**New York State Department Of Environmental Conservation**
**Division of Environmental Enforcement**
**200 White Plains Road - 5th Floor**
**Tarrytown, New York 10591-5805**
**(914) 332-1835**

Michael D. Zagata
Commissioner

December 26, 1996

David C. Atik
Tax Counsel
The City of New York
Department of Finance
Office of Legal Affairs
345 Adams Street
Brooklyn, NY 11201



**EXHIBIT**
**H**

Re: <u>Empire Electric Site</u>
    Site # 1-30-032

Dear Mr. Atik:

It was a pleasure speaking to you on December 24, 1996
regarding the issues raised in your letter to Mr. Hewitt.  As
promised enclosed please find a copy of the current listing for
the Empire Electric Company Site located a 5200 1st Avenue,
Brooklyn, New York and is currently owned by 5200 Enterprises
Ltd.  The Site is classified a "2" pursuant to the Environmental
Conservation Law (ECL) § 27-1305 which indicates that it poses a
significant threat to the public health or environment.

In New York State, PCBs are a listed hazardous waste.  You
will note that Departmental sampling in June of 1993 revealed PCB
contamination in the loading dock soil which exceeded the soil
stand cleanup level for PCB.  Also note that floor-wipe samples
inside the building indicated elevated levels of PCB.  Because
there is confirmed disposal of a listed hazardous waste at the
Site, the Site falls under the jurisdiction of the Department's
Divisions of Environmental Remediation and Environmental
Enforcement.

Under the Section 107 of the Comprehensive Environmental
Response, Compensation, and Liability Act of 1980 (CERCLA) [42
USC 9607], the current owner and/or operator, and past owners
and/or operators at the time of disposal are joint and severally
liable for the cleanup of a hazardous waste Site. The Department
has several courses of action open to it to obtain the
remediation of a Site pursuant to CERCLA and the ECL.  The
Department can negotiate an Order on Consent for the remediation
of the Site with the current owner/operator of the Site or with a

past owner/operator of the Site.  The Commissioner of the
Department after notice and an administrative hearing (which is
subject to court review under Article 78 of the CPLR) can order
the current or past owner/operator to remediate the Site.  And
after the requirements of 6 NYCRR 375-3.1 are met, the Department
can expend State superfund monies to cleanup a site.  If State
superfund monies are expended, the Attorney General's Office will
bring a cost recovery action in federal court.  All Potentially
Responsible Parties (PRPs) would be named in such a suit.  Please
note that at one time the City of New York owned and operated a
powerhouse on the Site.

     Additionally, under the Brownfields initiative, a purchaser
of a Site can negotiate and sign a Voluntary Agreement with the
Department for the cleanup of the Site.  If the Volunteer
achieves the cleanup levels set by the Department, it may qualify
for certain releases.

     Please feel free to have the prospective purchaser call me
or Ed Devine at (914) 332-1835 Ext.8 for more information about
Voluntary Agreements.  If I can be of further assistance to you,
do not hesitate to call.

                                   Sincerely,

                                   Rosalie K. Rusinko
                                   Senior Attorney

Attachments

cc: M.E. Kris, Director, Reg. 2
    E. Devine
    J. O'Connell, Reg.2, DER

2

**New York State Department of Environmental Conservation**
Division of Environmental Remediation
Remedial Bureau E, 12th Floor
625 Broadway, Albany, New York 12233-7017
Phone: (518) 402-9814 • Fax: (518) 402-9819
Website: www.dec.ny.gov

EXHIBIT
I

October 15, 2014

Mr. Steven Camaiore
NYC Department of Environmental Protection
Bureau of Air, Noise and Hazardous Materials Asbestos and Lead Control Program
59-17 Junction Boulevard, 8th floor
Elmhurst, New York 11368

    Re:    Empire Electric Inactive Hazardous Waste Site, NYS Site No. 224015
           5200 1st Avenue, City of Brooklyn, Kings County
           Subchapter G, Notification of Building Demolition

Dear Mr. Camaiore:

    This letter is to inform the DEP that the above referenced building is currently
unoccupied and scheduled for demolition. The abatement of asbestos is required to be
completed prior to the demolition of the structure under the NYS Superfund Program. This
building will remain unoccupied for the duration of the project and will not be reoccupied.

    The asbestos abatement shall be performed in accordance with RCNY-Title 15 as
outlined in Subchapter G. PAL Environmental Services has been contracted by the NYS
Department of Environmental Conservation to perform the abatement work at this location.
Creative Environment Solutions (CES) Corporation has been contracted to perform the required
air monitoring.

    Should you have any questions on this matter, do not hesitate to contact me at
(518) 402-9814 and/or david.chiusano@dec.ny.gov .

                    Sincerely,

                    David J. Chiusano
                    Project Manager
                    Remedial Bureau E, Remedial Section A
                    Division of Environmental Remediation

Ec:    D. Conan/B. Conden/V. Barber, EA Engineering
       M. Baldwin, PAL Environmental

Menu



**Department of Finance**

Search

# Income and Expense 2016

| Enter a Borough, Block and Lot | | |
|---|---|---|
| Borough: | BROOKLYN ⌄ | |
| Block: | 00803 | |
| Lot: | 0009 | |
| Easement: | | |

○   Start a New RPIE

○   Start a New RPIE Pre-Filling Last Year's RPIE Information

○   Continue RPIE Previously Started

○   Amend a Filed Return

○   View Your Return - To view your prior year return click here: ☐

○   Check Your Filing Status

Review Income & Expense
Worksheet for 2016

You are not required to file an RPIE for the current filing period. Click the link above to "Review I&E Worksheet" and look for the section "Who does not have to file an RPIE". However if you would like to file an RPIE anyway, click this button:  FILE RPIE  | or |  Cancel

Logoff |  Reset |  N e x t

Mr Hu

Thank You , Can you tell me how to contact them if necessary and do I need a reference number?

John A Luhrs

In a message dated 5/20/2016 3:39:19 P.M. Eastern Daylight Time, Correspondence@finance.nyc.gov writes:

Dear John Luhrs:

Your case is assigned to the Brooklyn Assessment Office for review and response.

George Hu

------------------ Original Message ------------------

Your City of New York - CRM Correspondence Number is 1-1-1253071630

DATE RECEIVED: 05/20/2016 12:56:09

DATE DUE: 06/03/2016 12:57:44

SOURCE: eSRM

The e-mail message below was submitted to the City of New York via NYC.gov or the 311 Call Center.
It is forwarded to your agency by the 311 Customer Service Center. In accordance with the Citywide
Customer Service standard, your response is due in 14 calendar days.

-----Original Message-----

From:  PortalAdmin@doitt.nyc.gov
Sent:  05/20/2016 12:55:46
To:  <sbladmp@customerservice.nyc.gov>
Subject:  < No Subject >

From: LUHRS54@AOL.COM ()
Subject: Contact the Department of Finance - General Question

Below is the result of your feedback form.  It was submitted by
(LUHRS54@AOL.COM) on Friday, May 20, 2016 at 12:55:45
-----------------------------------------------------------------

This form resides at
http://www1.nyc.gov/site/finance/about/contact-by-email/contact-general-correspondence.page

EXHIBIT

K

5200 Enterprises Limited

4453 Saint John's Avenue

Jacksonville FL 32210

May 1, 2017

Brooklyn Business Center

Brooklyn Municipal Building

210 Joralemon Street

Brooklyn, New York 11201



To Whom It May Concern, RE case # 16687675 S

Brooklyn Block 803 Lot 9

This property has been under the control/possession of the State of New York Department of Environmental Conservation since 1991.

They are responsible for any taxes that may or may not be due.

On information and belief, the real estate taxes are based on an illegal assessment, by the local assessor.

The RPIE HAS BEEN FILED

Please contact

Mr. Benjamin Conlon, Esquire Bureau Chief

NEW YORK STATE

Department of Environmental Conservation

Division of Environmental Enforcement

202 Mamaroneck Avenue

White Plains, NY 10601-5381

Sincerely

John A Luhrs, President

5200 Enterprises, limited

cc benjamin.conlon@dec.ny.gov

**NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION**

Office of General Counsel
100 Hillside Avenue, Suite 1W, White Plains, NY 10603
P: (914) 428-2505 | F: (914) 428-0792
www.dec.ny.gov

December 4, 2017

<u>SENT VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED AND BY</u>
<u>ELECTRONIC MAIL</u>



EXHIBIT

M

Dr. Daniel Walsh, Ph.D., Director
City of New York
The Mayor's Office of Environmental Remediation
100 Gold Street, 2nd Floor
New York, NY 10038

>       **Re:    Empire Electric Site**
>              **Site No.: 224015**

Dear Dr. Walsh:

Your Office of Environmental Remediation ("OER") is aware that the property located at 5200 1st Avenue, Brooklyn, Kings County, New York (the "Empire Electric Site" or the "Site")[1] is listed in the Registry of Inactive Hazardous Waste Disposal Site in New York State with a Classification "2." A Classification "2" indicates that the Site poses a significant threat to the public health or the environment. OER is also aware that the Department is nearing completion of the Interim Remedial Measure ("IRM") for the on-Site building demolition. The Department has expended public funds pursuant to ECL Article 27, Title 13 and State Finance Law §97-b to implement the IRM. The next step in the Remedial Program is for a Remedial Investigation/Feasibility Study to be implemented.

The City of New York (the "City") is a past owner/operator of the Site. On May 29, 1940, the City acquired Parcel No. 8 which comprises the present day tax lots 9 and 6 in Block 803 from the Brooklyn and Queens Transit Corporation pursuant to a Plan and Agreement of Unification and Readjustment adopted by the Transit Commission - Metropolitan Division of the Department of Public Service of the State of New York on June 27, 1939. The building on Parcel No. 8 was constructed in 1900 as a powerhouse to provide electricity to the Brooklyn City Railroad Company for the municipal trolley system. Upon information and belief, the City continued to utilize

---

[1] The Empire Electric Site is tax map Block 803, Lot 9.


NEW YORK | Department of
STATE OF OPPORTUNITY | Environmental
| Conservation

Parcel No. 8 for the generation of electricity for a period of time, and then, prior to the sale of Parcel No. 8 to Hastone Realty Corp. on September 5, 1951, the City demolished the smoke stack, disposed of the debris on the Site, and dismantled the electric generating equipment.

Accordingly, the purpose of this letter is to inform you of your potential liability as responsible party, and to request that the City conduct or finance the Remedial Program for this Site starting with the Remedial Investigation/ Feasibility Study.  Under ECL Article 27, Title 13 and CERCLA, responsible parties are liable for monies expended by the State in taking response actions at sites where hazardous substances have been released, including investigative, planning, removal, and remedial work.  Any agreement by the City to finance or undertake such activities must be memorialized in an administrative Consent Order.  Alternatively, the City may enter into negotiations with the Department for a cash out settlement of the City's liability.  The City must respond in writing within fifteen (15) days as to whether it is willing to enter into negotiations with the Department for a Consent Order or a cash out settlement.

If within fifteen (15) days the City does not respond in writing to the Department, the Department will consider this as a negative response and may perform the necessary work at the Site using the Hazardous Waste Remedial Fund.  If the Fund is used to investigate or remediate the Site, the Department is required to seek recovery from you for any expenses it incurs in conducting such activities.  This letter also serves as a demand for payment of all monies the Department may expend for the investigation and remediation of the Site, plus any and all interest recoverable under 42 USC 9607 and any other provision of law.

You may respond to this letter by email at rosalie.rusinko@dec.ny.gov, or by U.S. mail or private carrier at the above address.  Thank you for your attention to this matter.

Nothing contained herein constitutes a waiver by the Department of any rights under applicable state and federal law, nor does it constitute a release of any party from obligations under those same laws.

Sincerely,

Rosalie K. Rusinko
Senor Attorney


cc:   Susan Amron, Esq
      City of New York
      Law Department, Environmental Law Division
      100 Church Street
      New York, NY 10007-2601

**From:** Jpluhrs@aol.com [mailto:jpluhrs@aol.com]
**Sent:** Monday, March 12, 2018 1:49 PM
**To:** Walkes, Sophia (DOF)
**Cc:** Hamilton, Melinda (DOF)
**Subject:** 5200 1st Avenue



Ms. Walkes

I'm contacting your department in regards to the property located at 5200 1st Avenue in Brooklyn. This property which is under our ownership " 5200 Enterprises LLC" has been undergoing a remedial action by the NYSDEC beginning in 2012 for the removal of poly-chlorinated biphenyls, which included the demolition of our property. Over the past 30 years our company has been prohibited from the use of our property and over the past 30 years property taxation on our property did not cease. It has never been a secret to the City of New York in regards to the contamination statue of our building yet close to $30,000,000 is due on a property which should have had a assessed value of $0. The City of New York did in fact hold ownership of our property from the late 1930's until 1952. During the remedial investigation a smoke stake which once was erected above our building and the main cause of demolition was found buried in the basement, the smoke stake demolition with great certainty took place between this time period.

This is a very serious issue which I would like to resolve, Thank you

John Luhrs
5200 Enterprises

**To:** Walkes, Sophia (DOF)
**Subject:** Re: 5200 1st Avenue



Ms. Walkes

Could you describe what defecting the liens entail's?

Thank you

-–—Original Message-–—
From: Walkes, Sophia (DOF) (DOF) <WalkesS@finance.nyc.gov>
To: Jpluhrs@aol.com <jpluhrs@aol.com>
Cc: Hamilton, Melinda (DOF) (DOF) <HamiltonM@finance.nyc.gov>; George,
Howard(DOF) <GeorgeH@finance.nyc.gov>
Sent: Wed, May 2, 2018 5:33 pm
Subject: RE: 5200 1st Avenue

The liens sold will be defected. The ECB debt will have to be addressed separately from the
liens sold. Melinda will be able to assist you with the ECB debt.

Sophia Walkes

Senior Director, Tax Lien/In Rem

Department of Finance. Collections

59 Maiden Lane, 28th fl, New York, NY 10038

Tele: (212)291-4414

walkess@finance.nyc.gov

**From:** Walkes, Sophia (DOF)
**Sent:** Wednesday, May 02, 2018 4:25 PM
**To:** 'Jpluhrs@aol.com'; George, Howard(DOF)
**Cc:** Hamilton, Melinda (DOF)
**Subject:** RE: 5200 1st Avenue

I will research the sold lien on the property to determine if it should be defected.. Please
also note that there is ECB debt in the amount of $69,000

Subject:    **Re: 5200 1st Avenue**

Date:       6/7/2018 12:24:49 PM Eastern Standard Time

From:       luhrs54@aol.com

To:         LaskeC@finance.nyc.gov

EXHIBIT

**P**

Mr. Laske

I will call you, however I would like to explain to give you a brief background  in 1986 I purchased Block 803 Lot 9 in Brooklyn . Shortly thereafter the City of NY Health Department ordered me not to use the property because it was contaminated. The tax assessor kept billing Real Estate Taxes, although I made several petitions to have them stopped. I never was able to use the property. The New York State Department of Environmental Conservation has now cleaned up the contamination and the servers er MTAG is attempting to foreclose on an old 2005 judgment .
During the clean-up it was found that the city Of New York held title from around 1939 to 1951 when the property was sold to Hastone Realty the same family I purchased it from. During this period NYC demolished a smoke stack and buried it in the basement of the 24,000 square foot property and covered it over with a new concrete floor. The NYSDEC has named NYC a "POTENTIAL RESPONSIBLE PARTY"  . My company 5200 Enterprises Limited filed bankruptcy to stay the sale. I foresee years of legal issues and would like to avoid it if possible.

John A Luhrs, Preesident
5200 Enterprises Limited

In a message dated 6/7/2018 9:49:46 AM Eastern Standard Time, LaskeC@finance.NYC.gov writes:

Mr. Luhrs – Please call me so that I can understand your issue.

Carl A. Laske

Chief, Real Property and Legal Counsel

Office of Legal Affairs

NYC Department of Finance

718-488-2030

**From:** Walkes, Sophia (DOF)
**Sent:** Wednesday, June 06, 2018 6:51 PM
**To:** Laske, Carl (DOF)
**Cc:** John Luhrs; Parker-Cortijo, Pamela (DOF)
**Subject:** RE: 5200 1st Avenue

Please advise

Sophia Walkes

## Empire Electric Site
### 5200 1st Avenue--Brooklyn Block 803, Lot 9

 

EXHIBIT

Q

**OPPORTUNITY:** Facilitate completion of PCB remediation and restore to productive use for industrial expansion or retention in Sunset Park Industrial Business Zone.

**PRIORITY:** #5 of 8    Subject to discussion

**SITE:**

| | |
|---|---|
| Lot size: | 24,040 sq.ft. |
| Other features: | M3-1 zoning; corner lot with frontage on two sides |
| Development potential: | 36,060 bldg. sq.ft., industrial building |
| Est. jobs: | 53 permanent jobs |
| Environmental issues: | PCB contaminated soil, structure, and groundwater from former trolley power station |
| Recommended approach: | Obtain remaining documentation available from NYSDEC, expand environmental consultant's summary, foreclose and market site to developers with consultant summary. Follow up on DEC demolition assessment. |

**STATUS:** DEC is conducting structural and environmental analysis of building. Depending on outcome DEC will likely decide to demolish contaminated building. Demolition may add approx. $3M worth of value to the property. Tact thus far has been to allow DEC to proceed. According to DEC demolition will likely take place this fall. This is a highly desirable location in Sunset Park.

**PROPERTY VALUE:**

| *Reasonable:* | Total | /Land Sq.Ft. | Notes |
|---|---|---|---|
| Land value (if clean) | $1,803,000 | $75.00 | Broker outreach |
| Clean-up cost (prelim. est.) | ($1,932,000) | ($80.37) | Based on prelim. document review and DEC interview without demo |
| NYCTL liens including subsequents | ($2,973,246) | ($123.68) | As of March 2007 excluding current DOF and DEP charges |
| Net value as-is | ($3,102,246) | ($129.05) | |
| Lien elimination | $2,973,246 | $123.68 | Excl. current DOF/DEP charges |
| Adjusted value/net proceeds | **($129,000)** | **($5.37)** | |
| *More conservative:* | | | |
| Land value (if clean) | $1,803,000 | $75.00 | Broker outreach |
| Clean-up cost (prelim. est.) | ($3,538,000) | ($147.17) | TRC, based on prelim. document review and DEC interview |
| NYCTL liens & charges | ($2,973,246) | ($123.68) | As of June 2006 |
| Net value as-is | ($4,708,246) | ($195.85) | |
| Lien elimination | $2,973,246 | $123.68 | Excl. current DOF/DEP charges |
| Adjusted value/net proceeds | **($1,735,000)** | **($72.17)** | |
| *Potential additional incentives:* | | | |
| IDA (MRT and sales tax) | $408,869 | $17.01 | Optional: not included in above analysis |
| Brownfield tax credits | $0 | $0.00 | Not eligible |
| Total potential incentives | **$408,869** | **$17.01** | |

**RETURN TO CITY:**

| *Project return:* | | | |
|---|---|---|---|
| Construction-related tax | $90,152 | $3.75 | 25-year PV at 6.25%; excl. constr. sales tax, transfer tax, MRT |
| Real-estate tax | $140,473 | $5.84 | 25-year PV at 6.25%; assumes ICIP exemptions |
| Ongoing operations | $2,219,567 | $92.33 | 25-year PV at 6.25% |
| Total project return | **$2,450,192** | **$101.92** | |

3/18/2007

**New York State Department of Environmental Conservation**
**Division of Environmental Remediation**
Remedial Bureau E, 12th Floor
625 Broadway, Albany, New York  12233-7017
**Phone:** (518) 402-9813 • **Fax:** (518) 402-9819
**Website:** www.dec.ny.gov

Joe Martins
Commissioner

February 17, 2015

NYC Department of Environmental Protection
59-17 Junction Blvd
Queens, NY 11373

**EXHIBIT**

**R**

     Re    TRU#1510BK14
           Empire Electric State Superfund Inactive Hazardous Waste Site
           Site No 224015, NYS Contract D007630
           5200 1st Avenue, Brooklyn, NY, Block: 803, Lot: 9

To Whom It May Concern:

    The New York State Department of Environmental Conservation ("DEC") has authorized its remedial contractor PAL Environmental (PAL) to proceed with an Interim Remedial Measure involving PCB removal and building demolition at the above referenced property listed in the state registry of inactive hazardous waste sites as a class "2" site (poses a significant threat to human health and the environment). To clarify your records the subject property is not owned by the NYC Housing Preservation& Development as erroneously identified by PAL.

    Based upon information and belief, it is the DEC's understanding that the subject property is an orphan site, and has been abandoned since 1988. In addition, it is currently subject to a New York City property tax lien, and there is no property owner. Rather, DEC is exercising its authority under New York State Department of Environmental Conservation Law ("ECL") Section 27-1313.8 to remediate contamination at this orphan property.

    Please feel free to contact me at (518) 402-9813 and/or david.chiusano@dec.ny.gov should you have any questions or need further information. Thank you for your time and attention.

               Sincerely,

               David J. Chiusano, Project Manager
               Section A
               Remedial Bureau E
               Division of Environmental Remediation

IN WITNESS WHEREOF, this LETTER has been executed on the day and date first above and below written.

Date: FEBRUARY 17, 2015

ec:    D. Conan/R.Conden, EA
       M. Gelabert, PAL
       M. McIntyre/S.Eisner, NYC Mayor's office
       G. Burke/D. Chiusano, DEC

MICHAEL P. NAUGHTON
Notary Public – State of New York
Registration No. 02NA6002587
Qualified in Saratoga County
Commission Expires Feb. 9, 20__ 18



**OFFICE OF ENVIRONMENTAL REMEDIATION**
100 Gold Street- 2nd Floor
New York, New York 10007

**Mark McIntyre**
**General Counsel**
Tel:  (212) 788-3015
Fax: (212) 788-2941

Re: 5200 First Avenue, Brooklyn, NY
Block 803, Lot 9

Michelle Sweatt
Law Offices of Robert Ligansky
75 Maiden Lane, Suite 802
New York, NY 10038

Dear Ms. Sweatt:

At the suggestion of Renaldo Hylton of the Administrative Enforcement Unit of the New York City
Department of Buildings, I write to set forth the orphan status of 5200 First Avenue, Brooklyn, NY.

According to ACRIS, the last owner of the property, 5200 Enterprises Ltd., acquired title to this property
in 1987. By 1998, 5200 Enterprises had failed to pay property taxes to the City of New York, and the first
tax lien sale certificate was recorded against title the same year.  For the next 17 years, the property
owner continued to default on its property tax obligations to the City, forcing the City at various
intervals to sell subsequent tax liens on the property. The latest tax lien sale certificate recorded against
title was filed in October 2014, ACRIS reports.

An inspection of the premises also reveals that no owner has taken responsibility for 5200 First Avenue
for many years. This hulking structure has no roof and is in increasing danger of collapse with every
strong storm that batters the Brooklyn waterfront.

It is abundantly clear that there is no property owner willing to take responsibility for 5200 First Avenue,
and the proposed New York State Department of Environmental Conservation demolition and
remediation of the premises offers the best plan for managing this derelict property.

Sincerely,

Mark P. McIntyre, Esq.

| | |
|---|---|
| **From:** | Michelle Sweatt <michellesweatt@gmail.com> |
| **Sent:** | Wednesday, May 27, 2015 4:04 PM |
| **To:** | McIntyre, Mark |
| **Cc:** | Eisner, Steve; R Ligansky |
| **Subject:** | Re: 5200 First Avenue |

Hi Mark,

I can do tomorrow around 1:30-2pm or any time on Friday.
Let me know what works best for you.

Thank you.

Best,
Michelle Sweatt
(917) 291-1903

On May 27, 2015, at 13:00, McIntyre, Mark <MMcIntyre@cityhall.nyc.gov> wrote:

> Let's set up a time to talk about this.
>
> _____
>
> Mark P. McIntyre
> General Counsel, Mayor's Office of Environmental Remediation
> o. 212-788-3015/ f: 212-788-2941
> mmcintyre@cityhall.nyc.gov
>
>
>
> **From:** Michelle Sweatt [mailto:michellesweatt@gmail.com]
> **Sent:** Tuesday, May 26, 2015 1:05 PM
> **To:** McIntyre, Mark; Eisner, Steve
> **Cc:** R Ligansky
> **Subject:** Fwd: Fw: 5200 First Avenue
>
> Hello Mr. McIntyre and Mr. Eisner,
>
> As per my email to Mr. Chiusano, the Director of DOB's Administrative Enforcement Unit has requested that documentation be provided in support of Mr. Chiusano's letter stating that 5200 1st Avenue, Brooklyn has been orphaned, see attached.
>
> Please provide any supporting documentation you have in addition to an explanation as to how you came to the conclusion that the property has been orphaned.
>
> I appreciate and thank you for your attention to this matter.
>
> Best,
> MICHELLE SWEATT
> 917. 291. 1903

1



| | |
|---|---|
| **From:** | McIntyre, Mark |
| **Sent:** | Friday, April 13, 2018 5:02 PM |
| **To:** | 'Kevin Kleaka' |
| **Subject:** | RE: auction of 5200 First Avenue |

Kevin – the contact for the auction process is Marc Marino, mmarino@mtagservices.com.

This auction will result in title to the property.

Finally, OER believes that that soil cleanup at this site is complete, that the RI/FS will address offsite groundwater migration, which should not be the responsibility of a new owner. To ensure that, a new owner would need to get assurance from DEC and EPA that it is not responsible for existing contamination or natural resource damages.

Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov

**From:** Kevin Kleaka [mailto:kkleaka@impactenvironmental.com]
**Sent:** Friday, April 13, 2018 1:46 PM
**To:** McIntyre, Mark
**Subject:** RE: auction of 5200 First Avenue

Hi Mark-
Do you have a contact that you could forward me for questions related to the actual auction process? Also, is this a tax lien auction or property auction in which you actually take title to the property? Thanks,

**Kevin Kleaka, P.G.**
Executive Vice President

**IMPACT ENVIRONMENTAL** – *welcome to solid ground…*
www.impactenvironmental.com

*Waste Management / Engineering / Assessment / Construction Support / Remediation / Material Supply*

Corporate Headquarters
170 Keyland Court | Bohemia | NY | 11716
T | 631.269.8800  C | 516.805.8892

*Important disclosures and information about our email policies here*

1

**From:** McIntyre, Mark [mailto:MMcIntyre@cityhall.nyc.gov]
**Sent:** Thursday, April 12, 2018 11:18 AM
**To:** Walsh, Daniel <DWalsh@cityhall.nyc.gov>; Sarro, Michelle (DEP) <msarro@dep.nyc.gov>; McIntyre, Mark <MMcIntyre@cityhall.nyc.gov>
**Cc:** Steve Eisner (steveeisner@gmail.com) <steveeisner@gmail.com>
**Subject:** auction of 5200 First Avenue

An auction will be held on a tax lien property at 5200 First Avenue, Brooklyn, NY (BL 803, Lot 9) on May 17, 2018 at 2:30 PM in the Kings County Supreme Court, 360 Adams Street, Rm. 224. You are receiving this notice because of your interest in learning about upcoming auctions of tax liens properties.

The New York Department of Environmental Conservation (DEC) has designated this property as a Class II State Superfund site.

DEC recently completed a $12 million interim remedy (IRM) at the site that removed its former building, excavated the site and backfilled it with clean soil down to a depth of 15 feet below grade.
At the bottom of the IRM excavation (within the building footprint, below the basement floor/concrete slab), PCB contamination was found at high concentrations in soil and groundwater. Borings were advanced into the groundwater table, and samples collected at 36 feet below grade exhibited 5,300 ppm total PCBs. Additionally, between the site and New York Harbor, PCBs were found at depth migrating in groundwater towards New York Harbor at 3,200 ppm. DEC will undertake a Remedial Investigation/Feasibility Study (RI/FS) of the property to determine the remedy for the source areas of PCBs in groundwater. The level of effort and the cost for the RI/FS work is unknown. Potential remediation work and costs are also unknown. Because of the high level of PCBs present at the site, the remedial outcome recommended by the RI/FS will be approved by both DEC and the U.S. Environmental Protection Agency's Region 2.

DEC has stated that any party acquiring the property must not inhibit any future remedial work at the site.

Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov

| | |
|---|---|
| From: | Marc Marino <mMarino@MTAGServices.com> |
| Sent: | Wednesday, November 15, 2017 11:31 AM |
| To: | McIntyre, Mark |
| Subject: | Re: 5200 1st Avenue |

**EXHIBIT**

**T**

I cannot go back to court this was my last free pass

Sent from my iPhone

On Nov 15, 2017, at 11:27 AM, McIntyre, Mark <MMcIntyre@cityhall.nyc.gov> wrote:

DEC is pushing back hard against an auction in January. Discussions continue.

Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov

**From:** Marc Marino [mailto:mMarino@MTAGServices.com]
**Sent:** Monday, November 13, 2017 3:27 PM
**To:** McIntyre, Mark
**Subject:** 5200 1st Avenue

Mark

Auction is scheduled for January 18th, 2018.

**Marc S. Marino**
*Senior Managing Director/VP*
*MTAG Services, LLC*
MMarino@mtagservices.com

The information contained in this message may be privileged, confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify your representative immediately and delete this message from your computer. Thank you.

1

| | |
|---|---|
| From: | McIntyre, Mark |
| Sent: | Wednesday, November 29, 2017 11:47 AM |
| To: | 'Marc Marino' |
| Subject: | RE: ███████████ |

That –3-5 year delay—would be horrible. But this remains a hard site. Below is why we believe an auction at this time is not in the city's interest.

We have concluded that the site, despite progress made via the state's $11M interim remedy, still has extremely high levels of PCBs at depth that are migrating from the site towards the harbor. It remains a State Superfund site that poses a significant threat to public health and the environment. DEC will undertake a remedial investigation/feasibility study of the site to determine what needs to be done to address the threats the site poses and, because of the high level of PCBs, EPA must approve any future remedial actions DEC proposes for the property. We believe the site poses too much of a risk to the city and the environment to be auctioned at this time.

Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov

**From:** Marc Marino [mailto:mMarino@MTAGServices.com]
**Sent:** Wednesday, November 29, 2017 11:42 AM
**To:** McIntyre, Mark
**Subject:** RE: ███████████

If we hold for one year the court will dismiss the case and we will have to refile giving the debtor another shot of the apple to contest.  This could set us back 3-5 years

**Marc S. Marino**
*Senior Managing Director/VP*
*MTAG Services, LLC*
MMarino@mtagservices.com

**From:** McIntyre, Mark [mailto:MMcIntyre@cityhall.nyc.gov]
**Sent:** Wednesday, November 29, 2017 11:39 AM
**To:** Marc Marino <mMarino@MTAGServices.com>
**Subject:** RE: ███████████

1

Probably one year.


Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov


**From:** Marc Marino [mailto:mMarino@MTAGServices.com]
**Sent:** Wednesday, November 29, 2017 11:36 AM
**To:** McIntyre, Mark
**Subject:** RE: ▮▮▮▮▮▮▮▮

How long will the auction be on hold for Empire as this will have a major affect on the case.  This opens up Pandora's box
for the owner to file more answers.

**Marc S. Marino**
*Senior Managing Director/VP*
*MTAG Services, LLC*
MMarino@mtagservices.com

**From:** McIntyre, Mark [mailto:MMcIntyre@cityhall.nyc.gov]
**Sent:** Wednesday, November 29, 2017 11:22 AM
**To:** Marc Marino <mMarino@MTAGServices.com>
**Subject:** RE: ▮▮▮▮▮▮▮

Marc – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Yes, the auction of Empire Electric will be put on hold,▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


Mark P. McIntyre
General Counsel

Mayor's Office of Environmental Remediation
o. 212-788-3015
c: 646-644-3261
f: 212-312-0885
mmcintyre@cityhall.nyc.gov

2