UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division
www.flsb.uscourts.gov

In re:  Chapter 11
 Case No.: 18-01646-JAF

5200 Enterprises Limited,

       Debtor.
_____/

5200 Enterprises Limited,

       Plaintiff

  v.  Adv. Proc. No. 20-00038-JAF

City of New York,

       Defendant,
and

MTAG Services, LLC,

       Defendant.
_____/

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Defendant MTAG Services, LLC ("MTAG"), by its counsel, files this Corporate Ownership Statement, and certifies that there is no corporation that directly or indirectly owns 10% or more of any class of MTAG's equity interests.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to the parties via CM/ECF on April 16, 2020.

       Wernick Law, PLLC
       *Attorneys for the Defendant*
       2255 Glades Road, Suite 324A
       Boca Raton, Florida 33431
       (561)961-0922/(561)431-2474- fax

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
FL Bar No.: 14059
awernick@wernicklaw.com


PHILLIPS LYTLE LLP

By: */s/ Nickolas Karavolas*
Nickolas Karavolas, Esq.
Attorneys for MTAG Services, LLC
340 Madison Avenue, 17th Floor
New York, New York 10173-1922
Telephone: (212) 759-4888
Facsimile: (212) 308-9079
E-mail:
nkaravolas@phillipslytle.com